**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

```
SARA AFKHAMI,                    )    No. CV 07-1096 CW
                                 )
           Plaintiff,            )    JUDGMENT
                                 )
      v.                         )
                                 )
MICHAEL J. ASTRUE,               )
Commissioner, Social Security    )
Adminstration,                   )
                                 )
           Defendant.            )
_____)
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.


DATED: February 27, 2008


                                                _____/S/_____
                                                   CARLA M. WOEHRLE
                                        United States Magistrate Judge